◎AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Texas

UNITED STATES OF AMERICA
V.
Salvador CONTRERAS

**FILED**
MAY 7 2008
CLERK, U.S. COURT
WESTERN DI~~ ~~ OF TEXAS
BY _____
DEPUTY CLERK

**CRIMINAL COMPLAINT**

Case Number: EP:08M-2561MC

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  March 28, 2007  in  El Paso  County, in
                                                                (Date)
the  Western  District of  Texas  defendant(s) did,

*(Track Statutory Language of Offense)*

having been convicted of three counts of Sexual Abuse in the First Degree by the state of Oregon and having traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act,

in violation of Title  18  United States Code, Section(s)  2250(a)  .

I further state that I am a(n)  Deputy U.S. Marshal  and that this complaint is based on the
                                  Official Title
following facts:

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   x Yes   ☐ No

_____
Signature of Complainant

Michael E. Sharboneau II
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 7, 2008                                         at   El Paso, Texas
Date                                                      City and State

Michael S. McDonald, U.S. Magistrate Judge         _____
Name and Title of Judge                             Signature of Judge

Salvador CONTRERAS

Affiant, Michael E. Sharboneau II, is a Criminal Investigator/Deputy U.S. Marshal with the United States Marshals Service, Western District of Texas, El Paso Division. Affiant has been employed as a Deputy U.S. Marshal for approximately 11 years.

On October 16, 1991, CONTRERAS was found guilty of three (3) counts of Sexual Abuse in the First Degree by the Circuit Court of the State of Oregon for Lane County in Cause Number 10-91-06189.

On May 31, 1995, CONTRERAS signed a Sex Offender Registration Obligation Notification form for the state of Oregon. On this form is states 1) that once discharged from supervision, CONTRERAS must report to the Oregon State Police with in thirty (30) days of a change of address or once a year if there have been no address changes; 2) if living outside of Oregon after release from supervision, CONTRERAS must contact the Oregon State Police for reporting instructions; and 3) if he failed to report annually it was a violation of law.

On July 7, 1995, CONTRERAS registered with the Arizona State Police as a sex offender with an address of 4804 W. Topeka Dr. in Glendale, Arizona.

On March 28, 2007, CONTRERAS and his mother, Ofelia Contreras, took possession of a new home located at 14002 Tierra Yukon in El Paso, Texas. Shortly after this date, CONTRERAS traveled back to Arizona for the purpose of moving their belongings to El Paso, Texas. Prior to this date CONTRERAS' residence address was 4804 W. Topeka Dr. in Glendale, Arizona.

On May 6, 2008, Affiant confirmed with the El Paso Police Department's Sex Offender Registration Team's Officer J. Garcia that CONTRERAS had not registered or attempted to register as a sex offender with the El Paso Police Department.

CONTRERAS has failed to register as a sex offender with the El Paso Police Department and has lived at 14002 Tierra Yukon in El Paso, Texas since March 28, 2007. Shortly after March 28, 2007, CONTRERAS traveled in interstate commerce between El Paso, Texas and Glendale, Arizona. These failures are a violation of CONTRERAS' sex offender registration requirements.